# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JENNIFER L. GIBBS**                                                                **PLAINTIFF**

**v.**                                **Case No. 4:21-cv-00127-KGB**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## JUDGMENT

    Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the final decision of Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, is affirmed. Judgment is entered in favor of the Commissioner. The Court dismisses with prejudice Ms. Gibbs' complaint (Dkt. No. 2)

    It is so adjudged this 19th day of September, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge